## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

      Roger C. Snyder,                    CASE NO.:  3:12-bk-06548
                                           Chapter 11

      Debtor

_____/

      Roger C. Snyder,

           Plaintiff                      Adv. No. 3:13-ap-00075

v.

      JP Morgan Chase Bank, N.A.,

           Defendant.

_____/

### MOTION FOR JUDGMENT BY DEFAULT

Plaintiff, Roger C. Snyder, moves this Court for a Judgment by Default against the Defendant, JP Morgan Chase, N.A.  In support thereof, the Plaintiff would show:

1. Plaintiff filed this adversary proceeding seeking a determination that the second mortgage held by Defendant, JP Morgan Chase Bank, N.A., was wholly unsecured.  After such findings, the Plaintiff seeks to have a Final Judgment entered which declares the Defendant's lien on the property of the Plaintiff to be unsecured.

2. A summons was issued on February 13, 2013 in compliance with the Federal Rules of Bankruptcy Procedure.  Service was made in accordance with Rule 7004 on the Defendant.

3. No extension of time was sought by the Defendant.

4. There is currently no responsive pleading or motion to the Complaint of the
   Plaintiff filed with the Court.

5. Plaintiff has filed an affidavit contemporaneously with this motion setting forth
   support for the allegations in the Complaint.

Dated: March 29, 2013

THE LAW OFFICES OF JASON A. BURGESS, LLC

/s/ Joshua Dawes
Joshua Dawes
Florida Bar No.: 94461
Jason A. Burgess
Florida Bar No.: 40757
118 W. Adams Street, Suite 900
Jacksonville, Florida 32202
P – (904) 354-5065
F – (904) 354-5069
josh@jasonaburgess.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion for Judgment by
Default was mailed by United States Mail prepaid on March 29, 2013 to JP Morgan
Chase Bank, N.A., c/o James Dimon as President and CEO, 270 Park Avenue New York,
NY 10017.

/s/ Joshua Dawes
Joshua Dawes

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

    Roger C. Snyder,

            Debtor

_____/

    Roger C. Snyder,

             Plaintiff

v.

    JP Morgan Chase Bank, N.A.,

            Defendant.

_____/

CASE NO.: 3:12-bk-06548
Chapter 11

Adv. No. 3:13-ap-00075

## AFFIDAVIT IN SUPPORT OF MOTION FOR JUDGMENT BY DEFAULT

BEFORE ME this day personally appeared Roger C. Snyder, Plaintiff, and swore and deposed as follows:

1. Affiant makes all the following statements based on his own personal knowledge.

2. Affiant filed the Chapter 11 case on October 5, 2012.

3. At the time of filing this case, Affiant owned property located at 1819 Fall Line Drive, Driggs, ID 83422 formerly known as 181 Mt. Owen Drive, Driggs, ID 83422.

4. Affiant's first mortgage on the property had a principal balance of at least $256,505.27 (plus any applicable payoff charges) at the time of the filing of the Chapter 11 Petition.

5. Affiant believes that the fair market value of the property located at 1819 Fall Line Drive, Driggs, ID 83422 is less than what is owed. This is based upon personal knowledge of the property.

6. Affiant requests that a default judgment be entered against the Defendant granting the relief sought in the Complaint. Namely, Affiant requests that the second mortgage interest of JP Morgan Chase Bank, N.A. in the property located 1819 Fall Line Drive, Driggs, ID 83422 be valued by the Court in accordance with 11 U.S.C. § 506(a) at the fair market value of $0.00 and that the Court find the second mortgage lien of JP Morgan Chase Bank, N.A. is wholly unsecured.

FURTHER SAYETH NAUGHT

BEFORE me personally appeared Roger C. Snyder who is __X__ personally known to me or produced _____ identification and stated that he read the foregoing document and that the facts contained therein are true and correct to the best of his knowledge.



Roger C. Snyder

Sworn and subscribed to before me this __28__ day of __March__, 2013.

Notary Public, State of Florida

ALICIA PEARSALL
MY COMMISSION # EE159773
EXPIRES January 12, 2016
(407) 398-0153    FloridaNotaryService.com